**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UAB SKYROAD LEASING,
Liepyno g. 2, 08108, Vilnius, Lithuania

        Petitioner,

   v.

OJSC Tajik Air
The Republic of Tajikistan,
32/1 Mastongulov Mirzo Str., 734012 Dushanbe,
Republic of Tajikistan.

        Respondent.

Case No. 1:20-cv-00763-APM

## ORDER

Upon consideration of the Motion of UAB Skyroad Leasing and its request for a method of serving Respondent in compliance with 28 U.S.C. § 1608(b), it is hereby:

ORDERED under 28 U.S.C. § 1608(b)(3)(C) that Skyroad Leasing may serve Respondent via one or all of the following methods of service: (1) email service; (2) email service on Respondent's counsel, the Legal Department of the Ministry of Transport of the Republic of Tajikistan, in the relevant arbitration; (3) hand delivery to Respondent's office; and (4) mail and hand delivery service to Respondent's address named in the original Financial Lease Agreement upon which the arbitration award is based for notices, to the attention of the General Director, State Unitary Aviation Enterprise "Tajik Air," Titov Street 32/1 Dushanbe, or any other method "reasonably calculated to give actual notice."

**This Order does not foreclose any future challenge to service carried out in accordance with the terms of the Order.**

_____
UNITED STATES DISTRICT JUDGE

NOTICE TO:

Michael Cryan
Arent Fox LLP
1301 Avenue of the Americas
42nd Floor
New York, NY 10019
michael.cryan@arentfox.com

Jason Rotstein
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006
jason.rotstein@arentfox.com

*Attorneys for Petitioner*

OJSC Tajik Air,
The Republic of Tajikistan,
32/1 Mastongulov Mirzo Str., 734012 Dushanbe,
Republic of Tajikistan

*Respondent*